# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 19-32992 |
| Jason Shankle } | |
| Farrah Shankle } | |
| } | Chapter 13 |
| } | |
| **Debtors** } | |

## AMENDED ORDER OF CONFIMRATION

This matter having come before the Court upon the Motion of the Debtors, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtors' Motion is **GRANTED**, and that the Order of Confirmation entered on November 7, 2019, is hereby amended to include claim #3 of KHEAA in the unsecured amount of $35,229.36.

**IT IS FURTHER ORDERED** that the Debtors' plan payment shall increase from $1,540.00 per month to $1,770.00 per month beginning in May 2020 to allow the plan to pay out in 60 months as proposed.

A copy of this Order is mailed to the Debtors, Counsel for Debtors, and the Trustee and to all scheduled creditors and parties in interest.

Submitted by:

Julie Ann O'Bryan
Counsel for Debtors
1717 Alliant Avenue, Suite 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
julie@obryanlawoffices.com

Thomas H. Fulton
United States Bankruptcy Judge

Dated: April 21, 2020